KARIN J. IMMERGUT
United States Attorney
JOHNATHAN S. HAUB, OSB #76165
Assistant U.S. Attorney
1000 S.W. Third Avenue
Suite 1000
Portland, Oregon 97204
Telephone: (503) 727-1032
Facsimile (503)727-1117
john.haub@usdoj.gov

FILED'06 JUL 27 13:20USDC-ORP
RECVD '06 JUL 19 16:02USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. CR 03-224-BR |
| v. | ) | |
| | ) | ORDER FOR REDUCTION OF |
| MICHAEL ANTHONY OLSON, | ) | SENTENCE PURSUANT TO |
| | ) | RULE 35 |
| | ) | ( Federal Rules of Criminal Procedure) |
| Defendant. | ) | |

On motion of the United States of America, the sentence of the defendant MICHAEL ANTHONY OLSON the judgment is hereby amended to reflect that the defendant is sentenced to the Bureau of Prisons for a term of imprisonment of fifty-one (51) months, pursuant to the government's motion filed pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

All other provisions of the original judgment are to remain in full force an effect.

DATED this 27th day of July 2006.

_____
ANNA J. BROWN
United States District Judge

Presented by:
KARIN J. IMMERGUT
United States Attorney

_____
JOHNATHAN S. HAUB OSB#76165
Assistant United States Attorney